DOWNEY BRAND LLP
ELIZABETH B. STALLARD (Bar No. 221445)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:     (916) 444-1000
Facsimile:      (916) 444-2100
estallard@downeybrand.com

Attorneys for Defendant
MCDCC, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>         Plaintiff,<br><br>     v.<br><br>MARIE RAYMUS, in her individual and representative capacity as Trustee—Marie A Raymus Trust; TWELVE SIXTEEN I, LP, a California Limited Partnership; MCDCC, LLC, a California Limited Liability Company,<br><br>         Defendants. | Case No.  2:14-cv-01239-JAM-AC<br><br>**STIPULATION AND ORDER RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Pursuant to Local Rule 144 (a), Plaintiff Scott Johnson and Defendant MCDCC, LLC, ("Defendant"), by and through their respective attorneys of record, Phyl Grace on behalf of Plaintiff and Elizabeth B. Stallard on behalf of Defendant, stipulate as follows:

1. Defendant is granted an extension to respond to Plaintiff's complaint. Defendant's response is due no later than July 1, 2014.

DATED: June 17, 2014                    DOWNEY BRAND LLP


                                                        By:          /s/ Elizabeth B. Stallard
                                                              ELIZABETH B. STALLARD
                                                              Attorneys for Defendant
                                                              MCDCC, LLC

1375373.2                                          1

STIPULATION RE EXTENSION OF TIME

DATED: June 16, 2014                    CENTER FOR DISABILITY ACCESS


By: /s/ Phyl Grace [as authorized on June 16, 2014]
PHYL GRACE
Attorneys for Plaintiff
Scott Johnson


IT IS ORDERED that Defendant MCDCC, LLC, shall have until July 1, 2014, to respond to the Complaint.


Dated: 6/17/2014                        /s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

1375373.2                                       2