UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>        Plaintiff,<br><br>   v.<br><br>Marie Raymus, in her individual and representative capacity as Trustee--Marie A Raymus Trust; Twelve Sixteen I, LP, a California Limited Partnership; MCDCC, LLC, a California Limited Liability Company; and Does 1-10,<br><br>        Defendants | Case: 2:14-CV-01239-JAM-AC<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## **ORDER**

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice. The dismissed Defendants and Plaintiff shall each bear their own attorneys' fees and costs.

Dated: 11/26/2014      /s/ John A. Mendez_____
                                        HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE